UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

18 U.S.C. § 111(a)
18 U.S.C. § 751(a)

UNITED STATES OF AMERICA

vs.

**SILVESTRE FACUNDO PEREZ-LOPEZ,**

   **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about November 18, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**SILVESTRE FACUNDO PEREZ-LOPEZ,**

did resist, oppose, impede, and interfere with "C.B.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Customs and Border Protection, while "C.B." was engaged in, and on account of the performance of "C.B.'s" official duties, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

On or about November 18, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**SILVESTRE FACUNDO PEREZ-LOPEZ,**

did knowingly escape from the custody of "C.B.," an officer and employee of the United States, pursuant to lawful arrest and custody and confinement for extradition, exclusion, and expulsion proceedings under the immigration laws, in violation of Title 18, United States Code, Section 751(a).

_____ for
JASON A. REDING QUIÑONES
UNITES STATES ATTORNEY

_____
JUAN A. ALBINO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO.: _____ |
|---|---|
| v. | |
| SILVESTRE FACUNDO PEREZ-LOPEZ, | **CERTIFICATE OF TRIAL ATTORNEY** |
| _____/ Defendant. | **Superseding Case Information:** New Defendant(s) (Yes or No) _____ Number of New Defendants _____ Total number of new counts _____ |

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)          (Check only one)
   I   ☑ 0 to 5 days         ☐ Petty
   II  ☐ 6 to 10 days        ☐ Minor
   III ☐ 11 to 20 days       ☑ Misdemeanor
   IV  ☐ 21 to 60 days       ☐ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe    Magistrate Case No. 25-8691-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 11/21/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Juan A. Albino*
JUAN ALBINO
Assistant United States Attorney
SDFL Court ID No.  A5503412

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SILVESTRE FACUNDO PEREZ-LOPEZ

**Case No**: 

Count #1

Resist, Oppose, Impede, or Interfere with Federal Officer

Title 18, United States Code, Section 111(a)
* **Max. Term of Imprisonment:**   1 Year
* **Mandatory Min. Term of Imprisonment (if applicable):**   N/A
* **Max. Supervised Release:**   1 Year
* **Max. Fine:**  $100,000
* **Special Assessment:**   $25

Count #2

Escape from Custody

Title 18, United States Code, Section 751(a)
* **Max. Term of Imprisonment:**   1 Year
* **Mandatory Min. Term of Imprisonment (if applicable):**   N/A
* **Max. Supervised Release:**   1 Year
* **Max. Fine:**  $100,000
* **Special Assessment:**   $25

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**